```
JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN                    JS-6
2900 BRISTOL STREET, A-208
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax:(949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: PLAINTIFF
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     vs.<br><br>AARON H. COLBERT, AKA  AARON COLBERT,<br><br>           Defendant | No. CV 13-7981-PA (MRWx)<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, United States Of America, against Defendant, Aaron H. Colbert, aka Aaron Colbert, in the principal amount of $4,158.55 plus interest accrued to October 28, 2013, in the sum of $6,790.39; with interest accruing thereafter at 0.91% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of $**10,948.94**.

DATED:_February 22, 2014        By:_____

                                Honorable Judge Percy Anderson
                                  United States District Judge

Page 1